GEORGE T. KELLY, Plaintiff, v. THE CITY OF YONKERS, Respondent. (In the Matter of an Execution Issued against the CITY OF YONKERS by CORN EXCHANGE NATIONAL BANK AND TRUST COMPANY, PHILADELPHIA, J. D. JOHNSON CO., INC., CATHERINE B. FITZPATRICK and FRANCIS J. DUFFY, as Judgment Creditors and as Assignees of the Plaintiff, Appellants.) — Motion for leave to appeal to the

Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.